AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>DAVID WORTH BOWMAN<br><br>_Defendant_ | Case: 1:23-mj-00047<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 2/27/2023<br>Description: Complaint W/ Arrest Warrant |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_  DAVID WORTH BOWMAN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - Obstructing, Influencing, or Impeding Any Official Proceeding
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(A) - Entering or Remaining on the Floor of a House of Congress, and
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: __02/28/2023__                                       _G. Michael Harvey_ (Digitally signed by G. Michael Harvey, Date: 2023.02.28 11:27:27 -05'00')
                                                                                            _Issuing officer's signature_

City and state:     Washington, D.C.                           G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
                                                                                             _Printed name and title_

---

**Return**

This warrant was received on _(date)_  2-28-23  , and the person was arrested on _(date)_  3-6-23
at _(city and state)_  RALEIGH, NC  .

Date:  3-6-23                                                          _[signature]_
                                                                                             _Arresting officer's signature_

                                                                                    JOHN GABBARD      TFO-FBI
                                                                                             _Printed name and title_