AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-mj-47-2 GMH |
| DAVID WORTH BOWMAN | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant as Pro Hac Vice [DE#10]. I am familiar w/USSG and had fed jury trials and 4th Circuit Arguments.

Date: 03/08/2023

/s/ Cindy H. Popkin-Bradley
*Attorney's signature*

Cindy H. Popkin-Bradley NC State Bar 18728
*Printed name and bar number*
4508 Quail Hollow Drive
Raleigh, NC  27609

RETAINED AND LEAD COUNSEL
*Address*

Cindydoglaw@aol.com
*E-mail address*

(919) 616-0655
*Telephone number*

(919) 851-1690
*FAX number*